GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
  TBoutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
  TEvangelis@gibsondunn.com
CYNTHIA CHEN MCTERNAN, SBN 309515
  CMcTernan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   213.229.7000
Facsimile:    213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
  MCooney@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:   949.451.3800
Facsimile:    949.451.4220

*Attorneys for Defendant Apple Inc.*

NICHOLS KASTER, LLP
DANIEL S. BROME, SBN 278915
  dbrome@nka.com
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone:   415.277.7235
Facsimile:    415.277.7238

NICHOLS KASTER, PLLP
MICHELE R. FISHER (admitted *pro hac vice*)
  fisher@nka.com
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone:  612.256.3200

SHAVITZ LAW GROUP, P.A.
LOREN B. DONNELL (admitted *pro hac vice*)
  ldonnell@shavitzlaw.com
951 Yamato Rd. Suite 285
Boca Raton, FL 33431
Telephone:  561.447.8888

*Attorneys for Plaintiff Francis Costa*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FRANCIS COSTA, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 5:23-CV-01353-WHO<br><br>**STIPULATION AND [PROPOSED] MODIFIED ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND BRIEFING AND HEARING SCHEDULE FOR APPLE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Action Filed: March 23, 2023<br><br>Honorable William H. Orrick |

Pursuant to Civil Local Rule 6-2(a), Plaintiff Francis Costa ("Plaintiff") and Defendant Apple Inc. ("Apple"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on April 14, 2023, this Court issued an order setting the Case Management Conference ("CMC") for June 6, 2023 at 2:00 p.m. (ECF No. 21);

WHEREAS, on May 30, 2023, this Court reset the CMC to July 12, 2023 at 2:00 p.m. and set a Hearing on Apple's Motion to Dismiss (ECF No. 39) to be heard concurrently (ECF No. 42);

WHEREAS, the parties were ordered to file a Joint Case Management Statement by July 5, 2023, seven days prior to the CMC (ECF No. 42);

WHEREAS, the parties have conferred and respectfully request that the Court continue the CMC and the Hearing on Apple's Motion to Dismiss from July 12, 2023 at 2:00 p.m. to August 2, 2023 at 2:00 p.m., due to pre-existing scheduling conflicts;

WHEREAS, the parties also respectfully request extensions for Plaintiff to file their opposition to Apple's Motion to Dismiss from June 7, 2023 to June 14, 2023, and Apple to file its reply in further support of its Motion to Dismiss from June 14, 2023 to June 26, 2023; and

WHEREAS, no other deadlines are impacted as a result of these requests.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that:

(1) The Case Management Conference and Hearing on Apple's Motion to Dismiss be continued from July 12, 2023 to August 2, 2023 at 2:00 p.m.;

(2) The parties shall file a Joint Case Management Statement no later than July 26, 2023;

(3) Plaintiff's opposition to Apple's Motion to Dismiss shall be filed on or before June 14, 2023;

(4) Apple's reply in further support of its Motion to Dismiss shall be filed on or before June 26, 2023.

Dated:  June 2, 2023                    GIBSON, DUNN & CRUTCHER LLP


By:  /s/ Theane Evangelis
     Theane Evangelis

*Attorneys for Defendant Apple Inc.*


Dated: June 2, 2023                     NICHOLS KASTER, PLLP


By:  /s Michele Fisher
     Michele Fisher

*Attorneys for Plaintiff Francis Costa*

**The parties' stipulation is granted, with one exception.  I am unavailable on August 2, 2023.  The motion hearing and Case Management Conference will be held on August 9, 2023, at 2:00 p.m.  A Joint Case Management Statement is due by August 2, 2023.  IT IS SO ORDERED**.

DATED:  June 2, 2023

_____
The Honorable William H. Orrick
United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: June 2, 2023                    GIBSON, DUNN & CRUTCHER LLP


                                       By:  */s/ Theane Evangelis*
                                            Theane Evangelis