| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS JR., SBN 132099<br>　TBoutrous@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>　TEvangelis@gibsondunn.com<br>CYNTHIA CHEN MCTERNAN, SBN 309515<br>　CMcTernan@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:     213.229.7000<br>Facsimile:     213.229.7520<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MEGAN COONEY, SBN 295174<br>　MCooney@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:     949.451.3800<br>Facsimile:     949.451.4220<br><br>*Attorneys for Defendant Apple Inc.* | NICHOLS KASTER, LLP<br>DANIEL S. BROME, SBN 278915<br>　dbrome@nka.com<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone:     415.277.7235<br>Facsimile:     415.277.7238<br><br>NICHOLS KASTER, PLLP<br>MICHELE R. FISHER (admitted *pro hac vice*)<br>　fisher@nka.com<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br>Telephone:  612.256.3200<br><br>SHAVITZ LAW GROUP, P.A.<br>LOREN B. DONNELL (admitted *pro hac vice*)<br>　ldonnell@shavitzlaw.com<br>951 Yamato Rd. Suite 285<br>Boca Raton, FL 33431<br>Telephone:  561.447.8888<br><br>*Attorneys for Plaintiff Francis Costa* |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANCIS COSTA, individually and on behalf of others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　　Defendant. | Case No. 5:23-CV-01353-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING SCHEDULE FOR APPLE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  March 23, 2023<br><br>Honorable William H. Orrick |

Gibson, Dunn & Crutcher LLP

STIPULATION CONTINUING HEARING SCHEDULE FOR APPLE'S MOTION TO DISMISS PLAINTIFF'S
COMPLAINT AND CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-CV-01353-WHO

1  Pursuant to Civil Local Rule 6-2(a), Plaintiff Francis Costa ("Plaintiff") and Defendant Apple Inc. ("Apple"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, this Court has currently set the Initial Case Management Conference ("CMC") and Hearing on Apple's Motion to Dismiss (ECF No. 39) for August 9, 2023 at 2:00 p.m. (ECF No. 44);

WHEREAS, the parties were ordered to file a Joint Case Management Statement by August 2, 2023, seven days prior to the CMC (ECF No. 44);

WHEREAS, the parties have conferred and respectfully request that the Court continue the Hearing on Apple's Motion to Dismiss and CMC from August 9, 2023 at 2:00 p.m. to August 16, 2023 at 2:00 p.m., due to scheduling conflicts; and

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their respective counsel, that:

(1) The Hearing on Apple's Motion to Dismiss and Case Management Conference shall be continued from August 9, 2023 at 2:00 p.m. to August 16, 2023 at 2:00 p.m.; and

(2) The parties shall file a Joint Case Management Statement seven days before the continued Case Management Conference.

Dated: July 24, 2023          GIBSON, DUNN & CRUTCHER LLP


By:  */s/ Theane Evangelis*
     Theane Evangelis

*Attorneys for Defendant Apple Inc.*


Dated: July 24, 2023              NICHOLS KASTER, PLLP


By:  */s/ Michele Fisher*
     Michele Fisher

*Attorneys for Plaintiff Francis Costa*

Gibson, Dunn & Crutcher LLP

1

STIPULATION CONTINUING HEARING SCHEDULE FOR APPLE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-CV-01353-WHO

1

2  **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

3

4  DATED:  July 24, 2023

5

6  _____

7  The Honorable William H. Orrick
   United States District Judge

2

STIPULATION CONTINUING HEARING SCHEDULE FOR APPLE'S MOTION TO DISMISS PLAINTIFF'S
COMPLAINT AND CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-CV-01353-WHO

Gibson, Dunn &
Crutcher LLP

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: July 24, 2023             GIBSON, DUNN & CRUTCHER LLP

By:   */s/ Theane Evangelis*
       Theane Evangelis

Gibson, Dunn & Crutcher LLP

3

STIPULATION CONTINUING HEARING SCHEDULE FOR APPLE'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND CASE MANAGEMENT CONFERENCE
CASE NO. 5:23-CV-01353-WHO