GIBSON, DUNN & CRUTCHER LLP
THEODORE J. BOUTROUS JR., SBN 132099
   TBoutrous@gibsondunn.com
THEANE EVANGELIS, SBN 243570
   TEvangelis@gibsondunn.com
CYNTHIA CHEN MCTERNAN, SBN 309515
   CMcTernan@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071
Telephone:   213.229.7000
Facsimile:   213.229.7520

GIBSON, DUNN & CRUTCHER LLP
MEGAN COONEY, SBN 295174
   MCooney@gibsondunn.com
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone:   949.451.3800
Facsimile:   949.451.4220

*Attorneys for Defendant Apple Inc.*

NICHOLS KASTER, LLP
DANIEL S. BROME, SBN 278915
   dbrome@nka.com
235 Montgomery St., Suite 810
San Francisco, CA 94104
Telephone:   415.277.7235
Facsimile:   415.277.7238

NICHOLS KASTER, PLLP
MICHELE R. FISHER (admitted *pro hac vice*)
   fisher@nka.com
KAYLA M. KIENZLE (admitted *pro hac vice*)
   kkienzle@nka.com
4700 IDS Center
80 South 8th Street
Minneapolis, MN 55402

SHAVITZ LAW GROUP, P.A.
LOREN B. DONNELL (admitted *pro hac vice*)
   ldonnell@shavitzlaw.com
951 Yamato Rd. Suite 285
Boca Raton, FL 33431

*Attorneys for Plaintiffs and Others Similarly Situated*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Francis Costa, Amanda Hoffman, and Olivia McIlravy-Ackert, individually and on behalf of others similarly situated,<br><br>            Plaintiffs,<br><br>   v.<br><br>Apple, Inc.,<br><br>            Defendant. | Case No. 3:23-CV-01353-WHO<br><br>**STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF JUDICIAL NOTICE**<br><br>Action Filed: March 23, 2023<br><br>Honorable William H. Orrick |

Gibson, Dunn & Crutcher LLP

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE
OF MOTION AND MOTION FOR DISTRIBUTION OF JUDICIAL NOTICE
CASE NO. 3:23-CV-01353-WHO

Pursuant to Civil Local Rule 6-1(a), Plaintiffs Francis Costa, Amanda Hoffman, and Olivia McIlravy-Ackert ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiffs filed a Notice of Motion and Motion for Distribution of Judicial Notice under the Fair Labor Standards Act (the "Motion") on September 28, 2023, and noticed the Motion for hearing on November 29, 2023 (Dkt. 78);

WHEREAS, Apple's deadline to respond to the Motion is currently October 12, 2023, and Plaintiffs' reply is due October 19, 2023;

WHEREAS, the Parties have agreed to modify the schedule for opposition and reply briefs so that Apple's deadline to respond to the Motion is October 26, 2023, and Plaintiffs' deadline to file a reply is November 9, 2023;

WHEREAS, based on this agreement and due to scheduling conflicts, the Parties have further agreed to modify the hearing date to November 22, 2023;

WHEREAS, the proposed stipulated extension will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, this stipulation is without prejudice to any defense Apple might assert in this action;

NOW, THEREFORE, the parties hereby stipulate and agree that: (1) Apple's deadline to respond to Plaintiffs' Motion shall be October 26, 2023; (2) Plaintiffs' deadline to reply shall be November 9, 2023; and (3) the hearing on Plaintiffs' Motion shall be reset to November 22, 2023 at 2:00 p.m. via Zoom.

IT IS SO STIPULATED.

Dated: October 2, 2023              GIBSON, DUNN & CRUTCHER LLP


By: */s/ Theane Evangelis*
    Theane Evangelis

*Attorneys for Defendant Apple Inc.*

1

Gibson, Dunn & Crutcher LLP

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF JUDICIAL NOTICE
CASE NO. 3:23-CV-01353-WHO

Dated: October 2, 2023                     NICHOLS KASTER, PLLP

                                           By:  */s/ Kayla M. Kienzle*
                                                Kayla M. Kienzle

                                           *Attorneys for Plaintiffs, The Putative FLSA Collective, the Putative California Class, and the Putative New York Class*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

(1) Apple's deadline to respond to Plaintiffs' Motion for Distribution of Judicial Notice under the Fair Labor Standards Act shall be October 26, 2023;

(2) Plaintiffs' deadline to reply shall be November 9, 2023; and

(3) The hearing on Plaintiffs' Motion shall be reset for November 22, 2023 at 2:00 p.m. via Zoom.

DATED:   October 2, 2023

                                           _____
                                           William H. Orrick
                                           United States District Judge

2

STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE
OF MOTION AND MOTION FOR DISTRIBUTION OF JUDICIAL NOTICE
CASE NO. 3:23-CV-01353-WHO

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: October 2, 2023                    GIBSON, DUNN & CRUTCHER LLP


                                          By:   */s/ Theane Evangelis*
                                                Theane Evangelis

Gibson, Dunn & Crutcher LLP

3

STIPULATION AND [~~PROPOSED~~] ORDER TO MODIFY BRIEFING SCHEDULE FOR PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR DISTRIBUTION OF JUDICIAL NOTICE
CASE NO. 3:23-CV-01353-WHO