| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEODORE J. BOUTROUS JR., SBN 132099<br>    TBoutrous@gibsondunn.com<br>THEANE EVANGELIS, SBN 243570<br>    TEvangelis@gibsondunn.com<br>CYNTHIA CHEN MCTERNAN, SBN 309515<br>    CMcTernan@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA  90071<br>Telephone:     213.229.7000<br>Facsimile:      213.229.7520<br><br>GIBSON, DUNN & CRUTCHER LLP<br>MEGAN COONEY, SBN 295174<br>    MCooney@gibsondunn.com<br>3161 Michelson Drive<br>Irvine, CA  92612-4412<br>Telephone:     949.451.3800<br>Facsimile:      949.451.4220<br><br>*Attorneys for Defendant Apple Inc.* | NICHOLS KASTER, LLP<br>DANIEL S. BROME, SBN 278915<br>    dbrome@nka.com<br>235 Montgomery St., Suite 810<br>San Francisco, CA 94104<br>Telephone:     415.277.7235<br>Facsimile:      415.277.7238<br><br>NICHOLS KASTER, PLLP<br>MICHELE R. FISHER (admitted *pro hac vice*)<br>    fisher@nka.com<br>KAYLA M. KIENZLE (admitted *pro hac vice*)<br>    kkienzle@nka.com<br>4700 IDS Center<br>80 South 8th Street<br>Minneapolis, MN 55402<br><br>SHAVITZ LAW GROUP, P.A.<br>LOREN B. DONNELL (admitted *pro hac vice*)<br>    ldonnell@shavitzlaw.com<br>951 Yamato Rd. Suite 285<br>Boca Raton, FL 33431<br><br>*Attorneys for Plaintiffs and Others Similarly Situated* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Francis Costa, Amanda Hoffman, and Olivia McIlravy-Ackert, individually and on behalf of others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Apple, Inc.,<br><br>                    Defendant. | Case No. 3:23-CV-01353-WHO<br><br>**STIPULATION RE DISCOVERY DISPUTE LETTER**<br><br>Action Filed:  March 23, 2023<br><br>Honorable William H. Orrick |

1       Pursuant to Civil Local Rule 6-1 and 7-12, Plaintiffs Francis Costa, Amanda Hoffman, and Olivia McIlravy-Ackert ("Plaintiffs") and Defendant Apple Inc. ("Apple"), by and through their respective counsel of record, hereby stipulate as follows:

      WHEREAS, on February 22, 2024, the Court directed the parties to make a final attempt to agree on a Protective Order and ESI Protocol, and if they were unsuccessful, submit the versions of those orders proposed by Apple with track changes showing Plaintiffs' proposals, along with a joint dispute letter of no more than four pages.  (Order, ECF No. 167.)

      WHEREAS, on February 28, 2024, the parties met and conferred to attempt to reach agreement on a Protective Order and ESI Protocol and have since continued to confer in writing.

      WHEREAS, the parties have been unable to reach agreement on a Protective Order and ESI Protocol, but believe additional time would further their ability to do so as discussions to date have been productive.

      WHEREAS, the parties have therefore agreed to a brief extension to March 5, 2024, to see if they resolve their remaining issues.

      WHEREAS, if the parties are not able to agree on a Protective Order and ESI Protocol by March 5, 2024, they will seek the Court's assistance and submit their dispute in accordance with the Court's Order (ECF No. 167.)

      IT IS SO STIPULATED.

Dated:  March 1, 2024                           NICHOLS KASTER, PLLP

                                                  By:  */s/ Kayla M. Kienzle*
                                                         Kayla M. Kienzle

                                                     *Attorneys for Plaintiffs, the FLSA Collective, the Putative California Class, and the Putative New York Class*

Dated:  March 1, 2024                    GIBSON, DUNN & CRUTCHER LLP

                                         By:  /s/ Cynthia Chen McTernan
                                              Cynthia Chen McTernan

                                         *Attorneys for Defendant Apple, Inc.*


### ECF SIGNATURE ATTESTATION

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

Dated: March 1, 2024                     GIBSON, DUNN & CRUTCHER LLP

                                         By:  /s/ Cynthia Chen McTernan
                                              Cynthia Chen McTernan


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(1) The Stipulation is APPROVED.

(2) If the parties are unable to agree on a Protective Order and ESI Protocol, they may submit track changes versions of their proposed orders, accompanied by a dispute letter of no more than four pages total, by **March 5, 2024**.

DATED: March 1, 2024                     _____
                                         William H. Orrick
                                         United States District Judge