UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

| **Date:** November 13, 2024 | **Time:** 17 minutes 3:07 p.m. to 3:24 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case No.:** 23-cv-01353-WHO | **Case Name:** Costa v. Apple, Inc. | |

**Attorneys for Plaintiff:**   Loren B. Donnell, Michael J. Palitz, and Michele R. Fisher
**Attorneys for Defendant:**   Megan M. Cooney, Theane Evangelis, and Cynthia C. McTernan

 **Deputy Clerk:** Jean Davis                    **Court Reporter:** LeeAnne Shortridge

PROCEEDINGS

Hearing on Motion to Certify and Motion to Decertify conducted via videoconference. Argument of counsel heard.

Further briefing is required on the issue of damages. Plaintiffs shall file an expert declaration on or before **November 27, 2024,** that describes how damages may be calculated reliably on a class-wide basis, responding to the questions raised by the Court in the hearing and any arguments presented by Apple in opposition to the motion. Apple may file a responding declaration and a brief of not more than 5 pages on **December 4, 2024.** Plaintiffs may file a reply brief not to exceed 5 pages by **December 11, 2024**.

I will hold a hearing on this issue via Zoom videoconference on **December 18, 2024, at 10:00 A.M**.