# EXHIBIT 2

Subject: Notice of Overtime Pay Lawsuit Against Apple Inc.

The Court authorized this Notice. This is not a solicitation from a lawyer.

**TO:**   **California Class Members:**

All current and former California employees who Apple, Inc. classified as non-exempt/overtime eligible who received restricted stock units that vested on or after June 14, 2019, and recorded more than forty hours of work in a workweek or more than eight hours of work in a workday after receiving an RSU but before the RSU vested. This excludes those who signed an arbitration agreement and excludes those who signed a separation, severance, or settlement agreement that released their claims during the entire relevant time period.

**New York Class Members:**

All current and former New York employees who Apple, Inc. classified as non-exempt/overtime eligible who received restricted stock units that vested on or after August 11, 2017, and recorded more than forty hours of work in a workweek after receiving an RSU but before the RSU vested. This excludes those who signed an arbitration agreement and excludes those who signed a separation, severance, or settlement agreement that released their claims during the entire relevant time period.

**DEADLINE**:  If you choose to be excluded, you must postmark or submit your exclusion notice by <<90 days from notice>> to be excluded.

**WHAT IS THIS NOTICE ABOUT?**

This notice is to inform you of a class action against Apple Inc. The lawsuit alleges that Apple did not pay accurate overtime wages by not including the value of vested restricted stock units in employees' overtime pay rate. Apple's records show that you currently work, or previously worked, for Apple, and are a member of the Class(es).

The Court has allowed this lawsuit to be a class action. The Court has not decided whether Apple has done anything wrong. There is no money available now, and no guarantee there will be. However, your legal rights are affected, and you have a choice to make now.

**WHAT ARE MY LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT?**

**Do Nothing:** Stay in this lawsuit. Await the outcome. Give up certain rights. By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement. But you give up any rights to sue Apple separately about the same legal claims in this lawsuit.

**Ask to be Excluded.** Get out of the Class(es). Get no benefits from the Class claims. Keep rights. If you ask to be excluded and money or benefits are later awarded to the Class(es), you won't share

2

in those. But you keep any rights under applicable law to sue Apple separately about the same legal claims in this lawsuit.

- Your options are explained in more detail the notice mailed to you, which you can find at www.AppleOvertimeLawsuit.com.
- To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail or a message by email stating that you want to be excluded from the *Apple overtime lawsuit*. Be sure to include your name, address, and the Claimant ID located at the beginning of this notice. You must mail (postmark) or email your Exclusion Request by <<**90 days from notice**>>, to Apple Overtime Lawsuit, P.O. Box 64053, St. Paul, MN 55164 or AppleOvertimeLawsuit@atticusadmin.com.
- Lawyers must prove the claims at a trial set to start May 26, 2026. If money or benefits are obtained from Apple, you will be notified.
- Any questions? Visit www.AppleOvertimeLawsuit.com.