# EXHIBIT 3

TEXT NOTICE CONTENT

A Court authorized this message. Find information about an overtime lawsuit against Apple Inc. at www.AppleOvertimeLawsuit.com. You can also find information there about how to ask to be excluded from the Classes in this lawsuit.

Claimant ID: <<claimant ID>>